UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

CHARLES JOHNSON,

       *Plaintiff*,

v.

SCI-HUNTINGDON,

       *Defendant*.

Civil Action No. 17-50

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation [Doc. No. 3].

(2) This case is **DISMISSED** due to Plaintiff's failure to prosecute.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 11th day of May, 2017.

*/s/ Barbara Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE